**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Susan van Keulen<br>U.S. Magistrate Judge | **RE:** | Luciano Maldonado Gonzalez |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 5:24CR00019-PCP-2 |

**Date:** February 18, 2025

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Carolyn Truong | 408 535 5223 |
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

*The following condition is removed:*

1. *The defendant is subject to a curfew, as directed by Pretrial Services.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☒ Other Instructions:

Bail review hearing held 2/18/25. Location Monitoring condition remains in place; curfew removed.

_____
*(signed)* Susan van Keulen
**JUDICIAL OFFICER**          February 18, 2025
                              **DATE**